**FILED**

JUL 1 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>PATRICK ONEAL SHIELDS,        )<br>                              )<br>     Defendant.               )<br>_____)<br>                              ) | No. CR 11-00476 SBA (DMR)<br><br>DETENTION ORDER |

I. DETENTION ORDER

Defendant Patrick Shields is charged in an indictment with a violation of 18 U.S.C. § 922(g)(1) (felon in possession of firearm and ammunition). Mr. Shields made his initial appearance in this matter on July 7, 2011, at which time the United States moved for his detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study at the request of Defendant. At the July 15, 2011 hearing before this Court, Defendant submitted to custody and waived the timing of his right to proffer information at a detention hearing, see 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine

adverse witnesses, and to present information by proffer or otherwise).  He expressly retained his right to raise any additional relevant information at a later hearing.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Shields as a danger to the community that cannot be mitigated through a condition or combination of conditions set forth in 18 U.S.C. § 3142(c). *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II.  CONCLUSION

The Court detains Mr. Shields as a danger to the community.  Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Mr. Sheilds shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: July 15, 2011

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 11-00476 SBA (DMR)                             2