1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, California 94612-5217
     Telephone:  (510) 637-3929
7    Facsimile:  (510) 637-3724
     E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )      No. CR 11-00476 SBA
                                     )
14        Plaintiff,                 )      STIPULATION AND ORDER
                                     )      CONTINUING STATUS CONFERENCE
15     v.                            )      AND EXCLUDING TIME
                                     )
16  PATRICK ONEAL SHIELDS,           )
      aka Patrick Shields, Jr.,      )
17    aka Patrick Shields,           )
      aka "P-Nickel,"                )
18    aka "Nickel,"                  )
                                     )
19        Defendant.                 )
                                     )
20  _____)

21        Plaintiff, by and through its attorney of record, and defendant, by and through his

22  attorney of record, hereby stipulate and ask the Court to find as follows:

23        1.      A status conference in this matter is currently scheduled for 10:00 a.m. on Friday,

24  September 30, 2011.  Defense counsel needs the additional time to review the discovery in the

25  case, conduct additional legal research, and prepare a defense or motions strategy.  In particular,

26  defendant's counsel needs to research issues related to a potential motion to suppress and the

27  impact of any, of that motion of defendant's sentencing exposure.  The parties believe that

28

   STIPULATION AND ORDER RESCHEDULING
   HEARING; EXCLUDING TIME

1   failure to grant the above-requested continuance would deny defendant's counsel and defendant

2   the reasonable time necessary for effective preparation taking into account the exercise of due

3   diligence and that the ends of justice served by continuing the case as requested outweigh the

4   interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

5          2.      Thus, the parties respectfully request that the Court find that the time period from

6   September 30, 2011, to October 31, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

7   (B)(iv) because it results from a continuance granted by the Court at the defendant's request and

8   on the basis of the Court's finding that the ends of justice served by taking such action outweigh

9   the best interest of the public and the defendant in a speedy trial and because failure to grant the

10  continuance would unreasonably deny defense counsel the time necessary for effective

11  preparation for trial, taking into account due diligence.

12      IT IS SO STIPULATED.

13                            MELINDA HAAG
                          United States Attorney

14

15  Dated: September 27, 2011                   /s/
                          GARTH HIRE

16                            Assistant United States Attorney

17                            Attorney for United States of America

18
    Dated: September 27, 2011                   /s/

19                            HARRIS TABACK

20                            Attorney for Defendant
                          Patrick Oneal Shields

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME           2

1

**ORDER**

2

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

3

    1.     The currently scheduled September 30, 2011, status conference hearing is

4

vacated.  A status conference hearing is now scheduled for 10:00 a.m. on October 30, 2011.

5

    2.     The time period from September 30, 2011, to October 31, 2011, is deemed

6

excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance

7

granted by the Court at the defendant's request and on the basis of the Court's finding that the

8

ends of justice served by taking such action outweigh the best interest of the public and the

9

defendant in a speedy trial and because failure to grant the continuance would unreasonably deny

10

defense counsel the time necessary for effective preparation for trial, as set forth above, taking

11

into account due diligence, specifically, defendant's need to conduct additional legal research

12

regarding a potential motion to suppress, and to prepare a defense or motions strategy.

13

14

DATED:  9/28/11

*Saundra B Armstrong*

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME         3