1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>        Plaintiff,                                 )<br>                                                           )<br>        v.                                            )<br>                                                           )<br>PATRICK ONEAL SHIELDS,           )<br>   aka Patrick Shields, Jr.,                )<br>   aka Patrick Shields,                     )<br>   aka "P-Nickel,"                            )<br>   aka "Nickel,"                                )<br>                                                           )<br>        Defendant.                            )<br>                                                           )<br>                                                           )<br>                                                           )<br>_____ ) | No. CR 11-00476 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 25, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     January 25, 2012<br>Time:    10:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the November 7, 2011, status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on January 25, 2012, at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between November 7, 2011, and January 25, 2012, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 25, 2012 & TO EXCLUDE TIME
No. CR 11-00476 SBA

1  Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause
2  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),
3      **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
4  January 25, 2012, at 10:00 a.m., and that time between November 7, 2011, and January 25, 2012,
5  is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G),
6  for consideration by the Court of a proposed plea agreement to be entered into by the defendant
7  and the attorney for the government.
8      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
9  Presentence Investigation Report.

11  DATED:__11/4/11

                                                  */s/ Saundra B Armstrong*
12                                         HON. SAUNDRA BROWN ARMSTRONG
                                       United States District Judge