1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>PATRICK ONEAL SHIELDS,  )<br>   aka Patrick Shields, Jr.,  )<br>   aka Patrick Shields,  )<br>   aka "P-Nickel,"  )<br>   aka "Nickel,"  )<br>  )<br>                Defendant(s).  )<br>_____ ) | **Case No.  CR 11-0476 SBA**<br><br>**[PROPOSED] PRELIMINARY**<br>**ORDER OF FORFEITURE** |

     Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on February 1, 2012, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

     IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a. $7,100 in U.S. Currency seized from his Chase Bank safe deposit box number Z2521, located at the Chase Bank, 1320 Fairmont Drive, San Leandro, California,

pursuant to Title 21, United States Code, Section 881(a)(6).

     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website

1  for at least thirty days, notice of this Order, notice of the government's intent to dispose of the
2  property in such manner as the Attorney General may direct and provide notice that any person,
3  other than the defendant, having or claiming a legal interest in the property must file a petition
4  with the Court and serve a copy on government counsel within thirty (30) days of the final
5  publication of notice or of receipt of actual notice, whichever is earlier.

6  IT IS FURTHER ORDERED that, the government may conduct discovery in order to
7  identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of
8  the Federal Rules of Criminal Procedure; and

9  IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the
10 Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of
11 Criminal Procedure 32.2(e).

12 Defendant Patrick Oneal Shields was sentenced on February 1, 2012. As part of his
13 sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the
14 Judgment and Commitment entered on February 2, 2012.

15 IT IS SO ORDERED this <u>28th</u> day of <u>February</u> 2012.

_____
SAUNDRA B. ARMSTRONG
United States District Judge