1
2
3
4
5
6
7
8
9
10
11

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.  CR 11-0476 SBA** |
| ) | |
| Plaintiff, ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| PATRICK ONEAL SHIELDS, ) | |
| a/k/a Patrick Shields, Jr., ) | |
| a/k/a Patrick Shields, ) | |
| a/k/a "P-Nickel," ) | |
| a/k/a "Nickel," ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On February 28, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property $7,100 in U.S. Currency seized from his Chase Bank safe deposit box number Z2521, located at the Chase Bank, 1320 Fairmont Drive, San Leandro, California, pursuant to Title 21, United States Code, Section 881(a)(6).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the
2  United States, pursuant to Title 21, United States Code, Section 881(a)(6). All right, title, and
3  interest in said property is vested in the United States of America.  The appropriate federal
4  agency shall dispose of the forfeited property according to law.

6  Dated: 6/4/12

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge